DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDITH MCCLAIN,**
Appellant,

v.

**SCOTTSDALE INSURANCE COMPANY,**
Appellee.

No. 4D2023-1032

[April 18, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond Alonzo, Judge; L.T. Case No. 2021CC001216.

Erin M. Berger and Melissa A. Giasi of Giasi Law, P.A., Tampa, for appellant.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***